Argued and submitted October 14, judgment of Oregon Tax Court affirmed
October 28, 1999

Chester S. KURZET
and Louise Jayne,
*Appellants,*

*v.*

DEPARTMENT OF REVENUE,
*Respondent.*

(OTC 3866; SC S43936)

988 P2d 376

Louise Jayne, Portland, appellant *pro se*, argued the cause and filed the briefs for appellants.

Jerry Bronner, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief was Hardy Myers, Attorney General.

Before Carson, Chief Justice, and Gillette, Van Hoomissen, Durham, Leeson, and Riggs, Justices.*

MEMORANDUM OPINION

The judgment of the Oregon Tax Court is affirmed. ORS 305.765; *Atkins v. Dept. of Rev.*, 320 Or 713, 894 P2d 449 (1995), *cert den* 516 US 1042 (1996).

---

* Kulongoski, J., did not participate in the consideration or decision of this case.